

## NUMBER 13-23-00258-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI – EDINBURG

### IN RE JOSHUA THORNTON

### On Petition for Writ of Mandamus.

## MEMORANDUM OPINION

### Before Chief Justice Contreras and Justices Benavides and Longoria
### Memorandum Opinion by Justice Benavides[1]

On June 15, 2023, relator Joshua Thornton filed a petition for writ of mandamus through which he asserts that the district court[2] abused its discretion by failing to comply with the procedural requirements of the Uniform Child Custody Jurisdiction and Enforcement Act (UCCJEA) before making a final determination of jurisdiction. *See* TEX.

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so. When granting relief, the court must hand down an opinion as in any other case."); *id.* R. 47.4 (distinguishing opinions and memorandum opinions).

[2] This original proceeding arises from trial court cause number F-404-10-1 in County Court at Law Number 1 of Hidalgo County, Texas, and the respondent is the Honorable Rodolfo Rudy Gonzalez, who is the acting judge for the case. *See id.* R. 52.2.

FAM. CODE ANN. §§ 152.001–.317. We deny the petition for writ of mandamus.

Mandamus is an extraordinary and discretionary remedy. *See In re Allstate Indem. Co.*, 622 S.W.3d 870, 883 (Tex. 2021) (orig. proceeding); *In re Garza*, 544 S.W.3d 836, 840 (Tex. 2018) (orig. proceeding) (per curiam); *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 138 (Tex. 2004) (orig. proceeding). The relator must show that (1) the trial court abused its discretion, and (2) the relator lacks an adequate remedy on appeal. *In re USAA Gen. Indem. Co.*, 624 S.W.3d 782, 787 (Tex. 2021) (orig. proceeding); *In re Prudential Ins. Co. of Am.*, 148 S.W.3d at 135–36; *Walker v. Packer*, 827 S.W.2d 833, 839–40 (Tex. 1992) (orig. proceeding). "The relator bears the burden of proving these two requirements." *In re H.E.B. Grocery Co.*, 492 S.W.3d 300, 302 (Tex. 2016) (orig. proceeding) (per curiam); *Walker*, 827 S.W.2d at 840.

The Court, having fully examined and considered the petition for writ of mandamus, the response filed by the real party in interest, the record, and the applicable law, is of the opinion that relator has failed to meet his burden to obtain relief. Accordingly, we lift the stay previously imposed in this case, and we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8, 52.10.

GINA M. BENAVIDES
Justice

Delivered and filed on the
3rd day of July, 2023.

2